NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEFINA GOMEZ,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D18-526
                                         )
AVATAR PROPERTY & CASUALTY               )
INSURANCE COMPANY,                       )
                                         )
          Appellee.                      )
_____)

Opinion filed April 3, 2019.

Appeal from the Circuit Court for Collier
County; James R. Shenko, Judge.

Nancy A. Lauten and George A. Vaka of
Vaka Law Group, Tampa, for Appellant.

Carol M. Rooney of Butler Weihmuller Katz
Craig LLP, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


MORRIS, BLACK, and ATKINSON, JJ., Concur.